

**IN THE**
**TENTH COURT OF APPEALS**

**No. 10-18-00347-CV**

**IN THE MATTER OF THE MARRIAGE OF**
**ANTONIO O. LOZANO, JR. AND MAR LOZANO**
**AND IN THE INTEREST OF M.L. AND Z.L., CHILDREN**

**From the County Court at Law**
**Navarro County, Texas**
**Trial Court No. C16-25077-CV**

**MEMORANDUM OPINION**

Appellant, Antonio Lozano, has filed an agreed motion to dismiss this appeal with prejudice. *See* TEX. R. APP. P. 42.1(a)(1). Appellant indicates that appellee, Mar Lozano, and he have "resolved all pending issues between them in this matter," pursuant to a mediated settlement agreement. Dismissal of this appeal does not prevent a party from seeking relief to which it would otherwise be entitled. The motion is granted, and this appeal is dismissed with prejudice.

JOHN E. NEILL
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Neill
Motion granted; appeal dismissed
Opinion delivered and filed July 3, 2019
[CV06]

